IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-62057-RK |
| | ) | |
| HOWELL, KATHERINE L. | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge: KENDIG |
| | ) | |
| | ) | |

## TRANSMITTAL OF UNCLAIMED FUNDS

ANNE PIERO SILAGY, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    Katherine L. Howell
    120 S. Portage Street
    Doylestown, OH 44230-1515
    Surplus Funds - $13,890.00

2. Your trustee's check for $13,890.00 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: January 31, 2017

/s/ Anne Piero Silagy
ANNE PIERO SILAGY, Trustee
1225 South Main Street
Suite 1
North Canton, OH 44720
(330) 526-8221

cc: United States Trustee